446 F.2d 49
 UNITED STATES of America, Plaintiff-Appellee,
v.
James David WILLIAMS, Defendant-Appellant.
No. 31132 Summary Calendar.*
*Rule 18, 5th Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Aug. 12, 1971.
 
 Theodore E. Smith, Atlanta, Ga., court appointed, for defendant-appellant.
 John W. Stokes, Jr., U.S. Atty., Richard H. Still, Jr., Asst. U.S. Atty, Atlanta, Ga., for plaintiff-appellee.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 1
 See Carter v. United States, 10 Cir., 1964, 333 F.2d 354; Schmerber v. State of California, 384 U.S. 757, 86 S.Ct. 1826, 16 L.Ed.2d 908 (1966).
 
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966